Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-03656<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Embry Wayne Hester, as Administrator of the Estate of Martha Carolyn Hester, deceased<br><br>Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, EMBRY WAYNE HESTER, as Administrator of the Estate of Martha Carolyn Hester, Deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 5/7, 2009        By: _____
                            Tom Dutton
                            PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                            2001 Park Place North, Suite 1100
                            Birmingham, AL 35203
                            Telephone: (205) 322-8880
                            Facsimile: (205) 328-2711

                        Attorney for Plaintiff

DATED: Sept. 28, 2009   By: _____

                            DLA PIPER LLP (US)
                            1251 Avenue of the Americas
                            New York, NY 10020
                            Telephone: (212) 335-4500
                            Facsimile: (212) 335-4501
                            *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09          _____
                        Hon. Charles R. Breyer
                        United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]